■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v XIN KONG WONG, Appellant. [748 NYS2d 276] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Erlbaum, J.), rendered October 1, 1999, convicting him of criminal sale of a controlled substance in the first degree and criminal sale of a controlled substance in the third degree (four counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is reversed, on the law, and a new trial is ordered.

The defendant is entitled to a new trial for the reasons stated in *People v Yattang Ng,* 298 AD2d 470 (decided herewith).

The defendant's remaining contentions, including those raised in his supplemental pro se brief, are without merit. S. Miller, J.P., Friedmann, Crane and Rivera, JJ., concur.